IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREN C., et al.                              CIVIL ACTION

v.

SCHOOL DISTRICT OF PHILADELPHIA, et al.        NO: 06-2140

## STIPULATION AND ORDER

AND NOW, on this       day of            , 2006, the parties having met with the Court and having agreed that this matter should be remanded to the Special Education Hearing Officer, **IT IS HEREBY ORDERED** that this matter is remanded to the Pennsylvania Administrative Process and it is further **ORDERED**:

1. This matter is **REMANDED** to the Pennsylvania Administrative Process to determine the entitlement, if any, of Lauren C., to compensatory education prior to April 6, 2004, as well as the nature and amount of any such compensatory education award;

2. In the event the Plaintiff re-files her claim for monetary damages, said action shall, for purposes of the application of the two-year statute of limitations for such actions, relate back to May 22, 2006, the date of the filing of the Complaint in this action.

3. This action shall be **CLOSED** for statistical purposes.

FOR THE PLAINTIFF:                    FOR THE DEFENDANT:

_____               _____
Frederick M. Stanczak                 Elizabeth S. Mattioni

**BY THE COURT:**

_____
EDUARCO C. ROBRENO   J.